UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1907

JANET M. DEYERBERG,

                              Plaintiff - Appellant,

          versus

BOB WOODWARD; TONY KORNHEISER; THE WASHINGTON
POST  COMPANY;  CHRISTOPHER  HITCHENS;  VANITY
FAIR MAGAZINE,

                              Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-04-1118-AW)

Submitted:  March 30, 2005          Decided:  May 17, 2005

Before MICHAEL, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Janet M. Deyerberg, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Janet M. Deyerberg appeals the district court order dismissing her 42 U.S.C. § 1983 (2000) action for failing to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Deyerberg v. Woodward</u>, No. CA-04-1118-AW (D. Md. June 17, 2004). We deny Deyerberg's motion for depositions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>